**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

DR. AHMED GHANIM,

      Plaintiff,                             Case No. 24-13086

vs.                                           Hon. F. Kay Behm

AEG PRESENTS MI, LLC and
BIDEN FOR PRESIDENT
CAMPAIGN COMMITTEE, INC.
d/b/a HARRIS FOR PRESIDENT and
BFPCC, INC.

      Defendant.

## ORDER GRANTING MOTION TO AMEND CASE CAPTION (ECF NO. 9)

The matter is before the court on the Plaintiff's Motion to Amend/Correct Case Caption, ECF No. 9. The court **GRANTS** the Motion and **ORDERS** the following:

**IT IS HEREBY ORDERED** that the Clerk is directed to amend the case caption to reflect Defendants as "AEG PRESENTS MI, LLC, and BIDEN FOR PRESIDENT CAMPAIGN COMMITTEE, INC. d/b/a HARRIS FOR PRESIDENT and BFPCC, INC." and issue an amended summons for Biden for President Campaign Committee, Inc., d/b/a Harris for President and BFPCC, Inc.

      **SO ORDERED**.

Date: March 26, 2025                                  s/F. Kay Behm
                                                             F. Kay Behm
                                                             United States District Judge