UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DR. AHMED GHANIM,     Case No. 24-cv-13086

    Plaintiffs,     F. Kay Behm
v.     United States District Judge

AEG PRESENTS MI, LLC, and
BIDEN FOR PRESIDENT
CAMPAIGN COMMITTEE, INC.
d/b/a HARRIS FOR PRESIDENT
and BFPCC, INC.,

    Defendants.
_____ /

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's order on this date granting Defendants' motion to dismiss, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Date: September 16, 2025     s/ F. Kay Behm
                                                F. Kay Behm
                                                United States District Judge